07-60340.or2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-60340-CIV-COOKE-BROWN

NW SIGN INDUSTRIES, INC. f/k/a
NW SIGN INDUSTRIES OF FLORIDA,
INC.,

    Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.
_____/

## ORDER DENYING MOTION TO QUASH AND/OR TO MODIFY

**This matter** is before this Court on non-party Gulfstream ...'s Motion to Quash Subpoena and/or Modify Subpoena ..., filed November 14, 2007. The Court has considered the motion and all pertinent materials in the file.

The motion reflects that the subpoena is to inspect the premises to occur between November 7, 2007, and November 15, 2007. The motion was filed, as noted on November 14th, and not filed as an emergency. In Federal Court, a motion for protective order does not stay discovery. Hepperle v. Johnston, 590 F. 2d 609, 613 (5th Cir. 1979)[1]; Pioche Mines Consolidated, Inc.v. Dolman, 333 F. 2d 257, 269 (9th Cir. 1964). Neither does a motion to quash. King v. Fidelity National Bank of Baton Rouge, 712 F. 2d 188,191 (5th Cir. 1983).

Therefore, and the Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**. In the event that the inspection

---

[1] Decisions by the former Fifth Circuit issued before October 1, 1981, are binding as precedent in the Eleventh Circuit. See Bonner v. City of Prichard, 661 F. 2d 1206, 1207 (11th Cir. 1981).

has not taken place for whatever reason, this ruling is without prejudice.[2]

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___19th___ day of November, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Marcia G. Cooke
     Counsel of record

---

[2] While this Court recognizes that this motion is really all about attorney's fees, the motion was not so limited.